No. 03–6386. BRUZON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6391. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6393. STOVALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6394. SANFILIPPO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6399. TERRAZAS-ESCOBEDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6402. MACKEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6405. BAUTISTA-RAMOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6408. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–6409. ESPINOZA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6412. RIVERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6413. MCCLUNG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6414. MONTEVERDI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6416. PURCHESS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–6417. DIAZ-VILLASENOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6420. ZUNIGA-PEREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–6425. MILLER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.